DANIEL G. BOGDEN
United States Attorney
AMBER M. CRAIG
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada  89101
PHONE: (702) 388-6336
FAX:  (702) 388-6698

*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEVADA*
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>ASHARON BRAVO,<br><br>　　　　　　　Defendant. | **2:14-cr-103-GMN-VCF**<br><br>STIPULATION TO CONTINUE SENTENCING HEARING<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Amber Craig, Assistant United States Attorney, counsel for the United States of America, and Todd Leventhal, Esq., counsel for Defendant Asharon Bravo, that the sentencing hearing, currently set for January 8, 2014, at the hour of 9:00 a.m., be vacated and continued for thirty days, or to a date to be set at the Court's convenience.

This stipulation is entered into for the following reasons:

1.  The parties need additional time to prepare and file sentencing documents.

2.  The Defendant is in custody and does not object to the continuance.

3.  For the reasons stated above, the ends of justice would best be served by a continuance of the sentencing hearing.

4.  Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(3)(A) and (h)(7)(A), considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(i) and (h)(7)(B)(iv).

6. This is the first request for a continuance filed herein.

DATED this 5th day of January, 2015.

|  |  |
|---|---|
|  | DANIEL G. BOGDEN<br>United States Attorney |
| */s/ Todd Leventhal*<br>TODD LEVENTHAL, ESQ..<br>Counsel for Defendant Bravo | */s/ Amber M. Craig*<br>AMBER M. CRAIG<br>Assistant United States Attorney |

*UNITED STATES DISTRICT COURT*

*DISTRICT OF NEVADA*
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ASHARON BRAVO,<br><br>　　　　　Defendant. | 2:14-cr-103-GMN-VCF<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER |

## **FINDINGS OF FACT**

Based upon the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The parties need additional time to prepare and file sentencing documents.

2. The Defendant is in custody and does not object to the continuance.

3. For the reasons stated above, the ends of justice would best be served by a continuance of the response deadline.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested by this Stipulation is excludable in computing the time

6. within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(3)(A) and (h)(7)(A), considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(i) and (h)(7)(B)(iv).

## **CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the

public and the Defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(1)(A), (h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv).

## **ORDER**

IT IS THEREFORE ORDERED that the sentencing hearing, currently scheduled for January 8, 2014, at the hour of 9:00 a.m., be vacated and continued to the **5th day of February, 2015** at the the hour of **9:30 a.m. in Courtroom 7D**, before the Honorable Gloria M. Navarro, Chief Judge.

**DATED** this 6th day of January, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court