RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Monique_Kirtley@fd.org

Attorney for Asharon Bravo

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ASHARON BRAVO,<br><br>  Defendant. | Case No. 2:14-cr-00103-GMN-VCF-1<br><br>**STIPULATION TO CONTINUE DEADLINES TO FILE SUPPLEMENTAL TO MOTION FOR COMPASSIONATE RELEASE (ECF NO. 373) AND RESPONSE**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Elizabeth Olson White, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for Asharon Bravo, that the deadline to the supplement Defendant's Motion for Compassionate Release (ECF No. 373) be set for November 2, 2020; and that the deadline for the government's response be extended to November 16, 2020.

This Stipulation is entered into for the following reasons:

1. Defendant filed a Pro Se Motion for Compassionate Release on September 28, 2020. ECF No. 373.

2. Undersigned counsel was assigned to represent Defendant on October 15, 2020. ECF No. 374.

3. On October 15, 2020, this Court ordered the FPD to file either a Supplement or Notice of Non-Supplementation to Defendant's Motion for Compassionate Release by Monday, October 19, 2020.

4. Undersigned counsel needs additional time to review Defendant's pro se motion, medical records and to draft a Supplement, if necessary.

5. The additional time requested herein is not sought for purposes of delay but merely to allow counsel for Defendant sufficient time to effectively prepare a Supplement.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

7. After receiving the Supplemental motion, Government counsel will likewise need additional time to review the Supplement and prepare and file the government's response.

This is the first request to continue deadlines filed herein.

DATED this 15th day of October 2020.

RENE L. VALLADARES
Federal Public Defender

 */s/ Monique Kirtley*
By_____
MONIQUE KIRTLEY
Assistant Federal Public Defender

NCHOLAS A. TRUTANICH
United States Attorney

 */s/ Elizabeth O. White*
By_____
ELIZABETH O. WHITE
Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ASHARON BRAVO,<br><br>　　　　Defendant. | Case No. 2:14-cr-00103-GMN-VCF-1<br><br>ORDER |

## **ORDER**

IT IS THEREFORE ORDERED that defense counsel's supplement to Defendant's Motion for Compassionate Release (ECF No. 373) currently due on Monday, October 19, 2020, be vacated and continued to Monday, November 2, 2020; and that the Government's response to Defendant's supplement shall be due on Monday, November 16, 2020.

DATED this __17__ day of October 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

3