# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　　 )<br>　　　　　　　Plaintiff,　　　　　 )<br>　　vs.　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　 )<br>ASHARON BRAVO,　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　 )<br>　　　　　　　Defendant.　　　　　 )<br>　　　　　　　　　　　　　　　　　 ) | Case No.: 2:14-cr-00103-GMN-VCF-1<br><br>**ORDER** |

Pending before the Court is Defendant Asharon Bravo's ("Defendant's") Motion for Compassionate Release, (ECF No. 373).  The Government filed a Response, (ECF No. 382), indicating that it does not oppose Defendant's release.  Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion for Compassionate Release, (ECF No. 373), is **GRANTED**.

**IT IS FURTHER ORDERED** that this Order shall be stayed until the Probation Office is able to verify Defendant's residence and/or establishment of a release plan, to make appropriate travel arrangements, and to ensure Defendant's safe release.

**IT IS FURTHERED ORDERED** that, to ensure Defendant's safe release, Defendant shall undergo a fourteen (14) day quarantine period before her release.  The 14-day period shall commence after the Probation Office has otherwise verified Defendant's residence and/or establishment of a release plan, made appropriate travel arrangements, and ensured Defendant's safe release.

**IT IS FURTHER ORDERED** that the Probation Office shall file a Notice with the Court once it has verified Defendant's residence and/or establishment of a release plan, made appropriate travel arrangements, and ensured Defendant's safe release.  If the Probation Office is unable to do so by December 1, 2020, it shall immediately notify the Court and show cause

why the Court should not order the commencement of Defendant's quarantine period and termination of the stay after the quarantine's completion.

Dated this <u>17</u> day of November, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT