RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Asharon Bravo

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>ASHARON BRAVO,<br><br>            Defendant. | Case No. 2:14-cr-00103-GMN-VCF-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Asharon Bravo, that the Revocation Hearing currently scheduled on October 27, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than one hundred and twenty (120) days.

This Stipulation is entered into for the following reasons:

1.     The parties have reached a tentative resolution of this matter. The parties seek to continue the matter by four months to allow Ms. Bravo to come into compliance with the terms of her supervised release. If she is able to do so and does not sustain any additional

violations, the Government and the United States Probation Office will recommend dismissal of the instant petition to revoke supervised release.

2. Ms. Bravo is out of custody and does not oppose the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 19th day of October, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Joy Chen*<br>JOY CHEN<br>Assistant Federal Public Defender | By */s/ Allison Reese*<br>ALLISON REESE<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ASHARON BRAVO,<br><br>　　　　　Defendant. | Case No. 2:14-cr-00103-GMN-VCF-1<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Friday, October 27, 2023 at 10:00 a.m., be vacated and continued to  February 27, 2024  at the hour of 9:00 a.m.

　　　DATED this  24  day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE

3